Mark K. Worthge (SBN 118435)
worthge@litchfieldcavo.com
Andrew K. Aaronian (SBN 318245)
aaronian@litchfieldcavo.com
LITCHFIELD CAVO LLP
2 North Lake Avenue, Suite 400
Pasadena, CA  91101
Tel:  (626) 683-1100
Fax: (626) 683-1113

JS-6

Attorneys for Plaintiff-in-Interpleader,
SECURIAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY, a Minnesota Corporation<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>LUVIA GARCIA, an individual.; YOLANDA FRANCO, an individual; ESTATE OF EDWIN GIOVANNI GUTIERREZ-FRANCO; ESTATE OF JORGE FRANCO; YOLANDA SANCHEZ, as administrator of the ESTATE OF JORGE FRANCO; and Does 1 to 10, inclusive.<br><br>Defendants-in-Interpleader. | Case No.:  2:22-cv-03396 JFW (GJSx)<br><br>ORDER RE VOLUNTARY DISMISSAL |

Upon reading and considering the Request for Voluntary Dismissal filed by Plaintiff Securian Life Insurance Company (herein "Plaintiffs"). It is hereby ordered that:

1. Defendants-in Interpleader are dismissed without Prejudice

Dated: October 11, 2022

*[signature]*
Hon. John F. Walter, U.S. District Judge

1